# LAW OFFICES OF JOHN J. MARTIN

John J. Martin, Esquire*†
___
Kimberly D. Martin, Esquire
John J. Martin II, Esquire

\* Also Member MD Bar
† Also Member NY Bar

1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Fax No. (570) 253-8975
email address: jmartin@martin-law.net
kmartin@martin-law.net
jjmartin@martin-law.net

New York Office:
145 Pike Street
Port Jervis, NY 12771

September 8, 2025

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA  18701

RE:     **Romano, Roy F. and Lee Anne**
        **Ch 7 Bankruptcy Case No: 14-00520-HWV**

Dear Clerk:

I have initiated an ACH transfer in the amount of $23,018.24 which represents the unclaimed funds for the following claims in the above referenced bankruptcy case:

| Claim No. | Creditor | Address | Dividend |
|---|---|---|---|
| 7 | GE Capital Retail Bank | Walmart Discover Card<br>PO Box 960024<br>Orlando, FL  32896 | $ 7,535.93 |
| 7I | GE Capital Retail Bank | Walmart Discover Card<br>PO Box 960024<br>Orlando, FL  32896 | $ 89.07 |
| 8 | GE Capital Retail Bank | Sleepy's<br>PO Box 96061<br>Orlando, FL  32896 | $ 1,426.07 |
| 8I | GE Capital Retail Bank | Sleepy's<br>PO Box 96061<br>Orlando, FL  32896 | $ 16.86 |
| 10 | Hospital Attending Physicians | 484 Temple Hill Road, Suite 104<br>New Windsor, NY  12553 | $ 1,091.59 |
| 10I | Hospital Attending Physicians | 484 Temple Hill Road, Suite 104<br>New Windsor, NY  12553 | $ 12.90 |

| | | | |
|---|---|---|---|
| 11 | Kenneth Rowin | 2 Crosfield Avenue, Suite 102<br>West Nyack, NY  10994 | $ 80.00 |
| 13 | Old NavyGECRB | PO Box 530942<br>Atlanta, GA  30354 | $ 131.25 |
| 14 | Radiologic Assoc. of NNJ, PA | PO Box 10728<br>Lancaster, PA  17605 | $ 41.23 |
| 16 | Virtual Radiologic Corporation | 3625 Quakerbridge Road<br>Hamilton, NJ  08619 | $ 53.49 |
| 17 | Rockland Infectious Disease | 259 North Middletown Rd Suite 1B<br>Nanuet, NY  10954 | $ 40.00 |
| 18 | Wayne Memorial Hospital | 601 Park Street<br>Honesdale, PA  18431 | $ 139.55 |
| 19 | Wells Fargo | P.O. Box 10347<br>Des Moines, IA 50301 | $ 12,215.91 |
| 19I | Wells Fargo | P.O. Box 10347<br>Des Moines, IA 50301 | $ 144.39 |
| | | Total Amount | $23,018.24 |

Should you have any questions regarding the enclosed, please do not hesitate to contact me.  I am…

Very Truly Yours,
/s/

John J. Martin, CH 7 Trustee

JJM/kdm