# LAW OFFICES OF JOHN J. MARTIN

John J. Martin, Esquire*†

Kimberly D. Martin, Esquire
John J. Martin II, Esquire

* Also Member MD Bar
† Also Member NY Bar

1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Fax No. (570) 253-8975
email address: jmartin@martin-law.net
kmartin@martin-law.net
jjmartin@martin-law.net

New York Office:
145 Pike Street
Port Jervis, NY 12771

September 8, 2025

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA  18701

RE:     **Romano, Roy F. and Lee Anne**
        **Ch 7 Bankruptcy Case No: 14-00520-HWV**

Dear Clerk:

I have initiated an ACH transfer in the amount of $13.35 which represents the "Small Dividends") for the following claims in the above referenced bankruptcy case:

Please see the attached Small Dividends Report

Should you have any questions regarding the enclosed, please do not hesitate to contact me.  I am...

Very Truly Yours,
/s/

John J. Martin, CH 7 Trustee

JJM/kdm

# Small Dividends Report

Trustee: PA36 John J. Martin (580440)

**Case:** -14-00520 ROY F. ROMANO AND LEE ANNE ROMANO

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 3910644244 | 106 | 02/04/25 | | Payee: | Max Rosenn U.S. Courthouse | | Check Amount: | | $13.35 |
| | | 1I | 11/03/24 | 640 | Ashley Funding Services, LLC its successors and | 3.75 | 3.75 | 3.75 | 3.75 |
| | | 2I | 11/03/24 | 640 | Bon Secours Charity Health System | 1.18 | 1.18 | 1.18 | 1.18 |
| | | 3I | 11/03/24 | 640 | Bon Secours Charity Health System | 1.18 | 1.18 | 1.18 | 1.18 |
| | | 9I | 11/03/24 | 640 | Good Samaritan Hospital Cardiology | 0.38 | 0.38 | 0.38 | 0.38 |
| | | 11I | 11/03/24 | 640 | Kenneth Rowin | 0.95 | 0.95 | 0.95 | 0.95 |
| | | 12I | 11/03/24 | 640 | New Amsterdam Med. Assoc. | 0.47 | 0.47 | 0.47 | 0.47 |
| | | 13I | 11/03/24 | 640 | Old NavyGECRB | 1.55 | 1.55 | 1.55 | 1.55 |
| | | 14I | 11/03/24 | 640 | Radiologic Assoc. of NNJ, PA | 0.49 | 0.49 | 0.49 | 0.49 |
| | | 15I | 11/03/24 | 640 | Ramapo Imaging Assoc. | 0.65 | 0.65 | 0.65 | 0.65 |
| | | 16I | 11/03/24 | 640 | Virtual Radiologic Corporation | 0.63 | 0.63 | 0.63 | 0.63 |
| | | 17I | 11/03/24 | 640 | Rockland Infectious Disease | 0.47 | 0.47 | 0.47 | 0.47 |
| | | 18I | 11/03/24 | 640 | Wayne Memorial Hospital | 1.65 | 1.65 | 1.65 | 1.65 |